# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| In re: | § | Case No. 12-51764-PJS |
| | § | |
| CLIFTON E. TUCKER | § | |
| MYRTIS L TUCKER | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/10/2012. The undersigned trustee was appointed on 05/10/2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $1,000.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $557.24 |
    | Bank service fees | $0.89 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $441.87 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 08/20/2013 and the deadline for filing government claims was 08/20/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $250.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $0.00, for a total compensation of $0.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $4.00, for total expenses of $4.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/19/2014            By:   /s/ Mark H. Shapiro
                                  Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 12-51764-PJS | | **Trustee Name:** | Mark H. Shapiro |
| **Case Name:** | TUCKER, CLIFTON E. AND TUCKER, MYRTIS L | | **Date Filed (f) or Converted (c):** | 05/10/2012 (f) |
| **For the Period Ending:** | 8/19/2014 | | **§341(a) Meeting Date:** | 06/20/2012 |
| | | | **Claims Bar Date:** | 08/20/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1 Debtor's Residence: 4405 Ramsgate Ln, West Bloomfield MI 48302 | $328,580.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Redemption period expired | | | | | |
| 2 19457 Shewsbury, Detroit, MI 48221 (lost to Wayne County Tax Foreclosure in 2012) | $20,000.00 | $0.00 | | $0.00 | FA |
| 3 Checking - Chase | $48.00 | $0.00 | | $0.00 | FA |
| 4 Savings - Peoples Trust C.U. | $20.00 | $0.00 | | $0.00 | FA |
| 5 Household | $4,000.00 | $0.00 | | $0.00 | FA |
| 6 Clothing | $1,600.00 | $0.00 | | $0.00 | FA |
| 7 Polo Club Watch, Ann Kline Watch, Gold Wedding Ring, Diamond Wedding Ring | $1,760.00 | $0.00 | | $0.00 | FA |
| 8 Nikon Campact Camera | $80.00 | $0.00 | | $0.00 | FA |
| 9 Liberty Mutual Life Insurance through employer H322481073924079 | $1.00 | $0.00 | | $0.00 | FA |
| 10 401K | $59,247.00 | $0.00 | | $0.00 | FA |
| 11 Sole Propietorship of Wife tax preparation service (no assets) | $1.00 | $0.00 | | $0.00 | FA |
| 12 2011 Federal Tax Refund | $4,164.00 | $0.00 | | $0.00 | FA |
| 13 2000 Ford Expedition | $2,000.00 | $0.00 | | $0.00 | FA |
| 14 2001 Dodge Ram | $2,000.00 | $0.00 | | $0.00 | FA |
| 15 1992 Audi 8C | $500.00 | $0.00 | | $0.00 | FA |
| 16 2001 Honda Accord (Debtor-Wife is joint with daughter on the title; Daughter drives the vehicle) | $400.00 | $0.00 | | $0.00 | FA |
| 17 HP Printer/Scanner, Laptop, Apple Computer | $600.00 | $0.00 | | $0.00 | FA |
| 18 Anticipated 2012 Income Tax Refund (u) | $4,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Amendment filed 7/26/12 adding asset | | | | | |
| 19 Preference recovery - Yma Hymon (u) | $0.00 | $1,000.00 | | $1,000.00 | FA |
| 20 13-05403 - Adversary Default judgment against Aisha Terry & Martel Moon entered 2/12/14 | $0.00 | $26,500.00 | OA | $0.00 | FA |
| **Asset Notes:** Notice of Abandonment filed 7/7/14 Plus interest | | | | | |

| **TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|
| | $429,001.00 | $27,500.00 | | $1,000.00 | $0.00 |

# FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| **Case No.:** | 12-51764-PJS | | **Trustee Name:** | Mark H. Shapiro |
|---|---|---|---|---|
| **Case Name:** | TUCKER, CLIFTON E. AND TUCKER, MYRTIS L | | **Date Filed (f) or Converted (c):** | 05/10/2012 (f) |
| **For the Period Ending:** | 8/19/2014 | | **§341(a) Meeting Date:** | 06/20/2012 |
| | | | **Claims Bar Date:** | 08/20/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

**Major Activities affecting case closing:**

| 08/06/2014 | Final Report |
| 03/31/2014 | Monitoring real property for potential foreclosure and default judgment entered 2/12/14 |
| 03/31/2013 | Monitoring real property and preference recovery |

**Initial Projected Date Of Final Report (TFR):** 04/30/2015
**Current Projected Date Of Final Report (TFR):** 04/30/2015

/s/ MARK H. SHAPIRO

MARK H. SHAPIRO

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |  | |
|---|---|---|---|---|
| **Case No.** | 12-51764-PJS | | **Trustee Name:** | Mark H. Shapiro |
| **Case Name:** | TUCKER, CLIFTON E. AND TUCKER, MYRTIS L | | **Bank Name:** | Bank of Texas |
| **Primary Taxpayer ID #:** | **-***3472 | | **Checking Acct #:** | ******1226 |
| **Co-Debtor Taxpayer ID #:** | **-***3473 | | **Account Title:** | Checking Account |
| **For Period Beginning:** | 5/10/2012 | | **Blanket bond (per case limit):** | $2,000,000.00 |
| **For Period Ending:** | 8/19/2014 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/03/2013 | (19) | Myrtis & Clifton Tucker | Payment towards settlement of preference recovery per court order entered 5/1/13 | 1241-000 | $666.00 | | $666.00 |
| 06/28/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $0.89 | $665.11 |
| 07/15/2013 | (19) | Myrtis and Clifton Tucker | Payment towards settlement of preference recovery per court order entered 5/1/13 | 1241-000 | $334.00 | | $999.11 |
| 07/17/2013 | 5001 | Steinberg Shapiro & Clark | Ex Parte First Interim Application for Attorney for Trustee fees per court order entered 7/17/13 | 3110-000 | | $500.00 | $499.11 |
| 07/17/2013 | 5002 | Steinberg Shapiro & Clark | Ex Parte First Interim Application for Attorney for Trustee expenses per court order entered 7/17/13 | 3120-000 | | $57.24 | $441.87 |
| 08/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $431.87 |
| 09/05/2013 | | Bank of Texas | Reverse Bank Fee | 2600-000 | | ($10.00) | $441.87 |
| | | | **TOTALS:** | | $1,000.00 | $558.13 | $441.87 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $1,000.00 | $558.13 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $1,000.00 | $558.13 | |

| For the period of 5/10/2012 to 8/19/2014 | | For the entire history of the account between 05/31/2013 to 8/19/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,000.00 | Total Compensable Receipts: | $1,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,000.00 | Total Comp/Non Comp Receipts: | $1,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $558.13 | Total Compensable Disbursements: | $558.13 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $558.13 | Total Comp/Non Comp Disbursements: | $558.13 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-51764-PJS | | Trustee Name: | Mark H. Shapiro |
| --- | --- | --- | --- | --- |
| Case Name: | TUCKER, CLIFTON E. AND TUCKER, MYRTIS L | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***3472 | | Checking Acct #: | ******1226 |
| Co-Debtor Taxpayer ID #: | **-***3473 | | Account Title: | Checking Account |
| For Period Beginning: | 5/10/2012 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 8/19/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
| --- | --- | --- | --- |
| | $1,000.00 | $558.13 | $441.87 |

**For the period of 5/10/2012 to 8/19/2014**

| | |
| --- | --- |
| Total Compensable Receipts: | $1,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $558.13 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $558.13 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 05/10/2012 to 8/19/2014**

| | |
| --- | --- |
| Total Compensable Receipts: | $1,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $558.13 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $558.13 |
| Total Internal/Transfer Disbursements: | $0.00 |

| Case No. | 12-51764-PJS | | | | | | | | Trustee Name: Mark H. Shapiro |
| Case Name: | TUCKER, CLIFTON E. AND TUCKER, MYRTIS L | | | | | | | | Date: 8/19/2014 |
| Claims Bar Date: | 08/20/2013 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | MARK H. SHAPIRO | Trustee Compensation | Allowed | 2100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Trustee is voluntarily reducing his trustee compensation to $0 | | | | | | | | |
| | U.S. BANKRUPTCY COURT  211 W. Fort Street Suite 1700 Detroit MI 48226 | Clerk of the Court Costs (includes adversary and other filing fees) | Allowed | 2700-000 | $293.00 | $0.00 | $0.00 | $0.00 | $293.00 |
| | STEINBERG SHAPIRO & CLARK  25925 Telegraph Road Suite 203 Southfield MI 48033 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $94.43 | $0.00 | $0.00 | $0.00 | $94.43 |
| **Claim Notes:** | Per court order entered 8/8/14 | | | | | | | | |
| | STEINBERG SHAPIRO & CLARK  25925 Telegraph Road Suite 203 Southfield MI 48033 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $50.44 | $0.00 | $0.00 | $0.00 | $50.44 |
| **Claim Notes:** | Per court order entered 8/8/14 | | | | | | | | |
| | MARK H. SHAPIRO  25925 Telegraph Road Suite 203 Southfield MI 48033 | Trustee Expenses | Allowed | 2200-000 | $4.00 | $0.00 | $0.00 | $0.00 | $4.00 |
| 1 | WAYNE COUNTY TREASURER  400 Monroe St. #520 Detroit MI 48226-2942 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Allowed | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | In Re Padget - didn't administer real property | | | | | | | | |
| 2 | CAPITAL ONE BANK (USA), N.A.  PO Box 71083 Charlotte NC 28272-1083 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $638.83 | $0.00 | $0.00 | $0.00 | $638.83 |
| **Claim Notes:** | Allowed - NFTP | | | | | | | | |

| Case No. | 12-51764-PJS | | | | | | | Trustee Name: | Mark H. Shapiro |
| Case Name: | TUCKER, CLIFTON E. AND TUCKER, MYRTIS L | | | | | | | Date: | 8/19/2014 |
| Claims Bar Date: | 08/20/2013 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 3 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF HSBC BANK<br>Nevada and its Assigns<br>POB 35480<br>Newark NJ 07193-5480 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $3,052.33 | $0.00 | $0.00 | $0.00 | $3,052.33 |
| **Claim Notes:** | Allowed - NFTP | | | | | | | | |
| 4 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF CITIBANK<br>USA NA/HOME DEPOT<br>POB 35480<br>Newark NJ 07193-5480 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $2,597.09 | $0.00 | $0.00 | $0.00 | $2,597.09 |
| **Claim Notes:** | Allowed - NFTP | | | | | | | | |
| 5 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF GE MONEY<br>Bank/Lowe's Consumer<br>POB 35480<br>Newark NJ 07193-5480 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,899.56 | $0.00 | $0.00 | $0.00 | $1,899.56 |
| **Claim Notes:** | Allowed - NFTP | | | | | | | | |
| 6 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF FIA CARD<br>Services NA<br>POB 35480<br>Newark NJ 07193-5480 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,537.78 | $0.00 | $0.00 | $0.00 | $1,537.78 |
| **Claim Notes:** | Allowed - NFTP | | | | | | | | |
| 7 | WABEEK SOUTH ASSOCIATION<br><br>Barry L. Brickner, Attorney At Law<br>26580 Orchard Lake Road, Ste. 201<br>Farmington Hills MI 48334 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Allowed | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | In Re Padget - didn't administer asset | | | | | | | | |

| Case No. | 12-51764-PJS | | | | | | | | Trustee Name: Mark H. Shapiro |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | TUCKER, CLIFTON E. AND TUCKER, MYRTIS L | | | | | | | | Date: 8/19/2014 |
| Claims Bar Date: | 08/20/2013 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 7a | WABEEK SOUTH ASSOCIATION<br><br>Barry L. Brickner, Attorney At Law<br>26580 Orchard Lake Road, Ste. 201<br>Farmington Hills MI 48334 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $400.00 | $0.00 | $0.00 | $0.00 | $400.00 |
| **Claim Notes:** | Allowed - NFTP | | | | | | | | |
| 8 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF WELLS<br>Fargo Bank NA<br>POB 35480<br>Newark NJ 07193-5480 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $391.27 | $0.00 | $0.00 | $0.00 | $391.27 |
| **Claim Notes:** | Allowed - NFTP | | | | | | | | |
| 9 | ECAST SETTLEMENT CORP,<br><br>Assignee of HSBC Bank Nevada<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson AZ 85712 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,612.69 | $0.00 | $0.00 | $0.00 | $1,612.69 |
| **Claim Notes:** | Allowed - NFTP | | | | | | | | |
| | | | | | $12,571.42 | $0.00 | $0.00 | $0.00 | $12,571.42 |

| Case No. | 12-51764-PJS | Trustee Name: Mark H. Shapiro |
| Case Name: | TUCKER, CLIFTON E. AND TUCKER, MYRTIS L | Date: 8/19/2014 |
| Claims Bar Date: | 08/20/2013 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) | $50.44 | $50.44 | $0.00 | $0.00 | $0.00 | $50.44 |
| Attorney for Trustee Fees (Trustee Firm) | $94.43 | $94.43 | $0.00 | $0.00 | $0.00 | $94.43 |
| Clerk of the Court Costs (includes adversary and other filing fees) | $293.00 | $293.00 | $0.00 | $0.00 | $0.00 | $293.00 |
| General Unsecured § 726(a)(2) | $12,129.55 | $12,129.55 | $0.00 | $0.00 | $0.00 | $12,129.55 |
| Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | $35,404.71 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $250.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Expenses | $4.00 | $4.00 | $0.00 | $0.00 | $0.00 | $4.00 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 12-51764-PJS
Case Name: CLIFTON E. TUCKER
MYRTIS L TUCKER
Trustee Name: Mark H. Shapiro

Balance on hand: $441.87

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 1 | Wayne County Treasurer | $32,644.71 | $0.00 | $0.00 | $0.00 |
| 7 | Wabeek South Association | $2,760.00 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $441.87

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Mark H. Shapiro, Trustee Expenses | $4.00 | $0.00 | $4.00 |
| Steinberg Shapiro & Clark, Attorney for Trustee Fees | $94.43 | $0.00 | $94.43 |
| Steinberg Shapiro & Clark, Attorney for Trustee Expenses | $50.44 | $0.00 | $50.44 |
| U.S. Bankruptcy Court, Clerk of the Court Costs | $293.00 | $0.00 | $293.00 |

Total to be paid for chapter 7 administrative expenses: $441.87
Remaining balance: $0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00

**UST Form 101-7-TFR (5/1/2011)**

| | Remaining balance: | $0.00 |
|---|---:|---:|

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | Total to be paid to priority claims: | $0.00 |
|---|---:|---:|
| | Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $12,129.55 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 2 | Capital One Bank (USA), N.A. | $638.83 | $0.00 | $0.00 |
| 3 | eCAST Settlement Corporation assignee of HSBC Bank | $3,052.33 | $0.00 | $0.00 |
| 4 | eCAST Settlement Corporation assignee of Citibank | $2,597.09 | $0.00 | $0.00 |
| 5 | eCAST Settlement Corporation assignee of GE Money | $1,899.56 | $0.00 | $0.00 |
| 6 | eCAST Settlement Corporation assignee of FIA Card | $1,537.78 | $0.00 | $0.00 |
| 7a | Wabeek South Association | $400.00 | $0.00 | $0.00 |
| 8 | eCAST Settlement Corporation assignee of Wells | $391.27 | $0.00 | $0.00 |
| 9 | eCAST Settlement Corp, | $1,612.69 | $0.00 | $0.00 |

| | Total to be paid to timely general unsecured claims: | $0.00 |
|---|---:|---:|
| | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

    Total to be paid to tardily filed general unsecured claims:     $0.00
    Remaining balance:     $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

    Total to be paid for subordinated claims:     $0.00
    Remaining balance:     $0.00